# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00528-CR

**Lewis Wheeler, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 331ST DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-DC-22-904011, THE HONORABLE CHANTAL ELDRIDGE, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant's brief on appeal was originally due November 10, 2022. Because no brief was filed on that date, the clerk's office of this Court sent an overdue brief notice saying that if the Court did not receive a motion for extension of time or a brief accompanied by a motion for extension of time by December 19, 2022, the Court may order a hearing under Rule 38.8. On January 24, 2023, appellant's attorney filed an "Out-of-Time Motion to Extend Time to File Appellant's Brief" requesting an additional 90 days to file appellant's brief. We grant in part the motion for extension of time and order appellant's attorney to file a brief no later than February 27, 2023. No further extension of time will be granted and failure to comply with this order will result in the referral of this case to the trial court for a hearing under Rule 38.8(b) of the Texas Rules of Appellate Procedure. *See* Tex. R. App. P. 38.8(b).

It is ordered on January 27, 2023.

Before Justices Baker, Kelly, and Smith

Do Not Publish